# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEPHEN G. CONKLIN,** | : | **NO. 1:CV-13-02618** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Sanchez)** |
| | : | |
| **YVETTE KANE, PETER J. SMITH,** | : | |
| **MARK E. MORRISON, AND** | : | |
| **CHRISTINA GARBER,** | : | |
| | : | |
| **Defendant** | : | **Filed Electronically** |

## AMENDED CERTIFICATE OF PARTIAL CONCURRENCE

On Tuesday, January 7, 2014, at 12:04 p.m., Mr. Bailey left the undersigned a message that his client, Stephen Conklin, concurs that Christina Garber may be dismissed from this action.

/s Michael J. Butler
Michael J. Butler

## UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN G. CONKLIN, | : | NO. 1:CV-13-02618 |
| Plaintiff | : | |
| | : | |
| v. | : | (Judge Sanchez) |
| | : | |
| YVETTE KANE, PETER J. SMITH, | : | |
| MARK E. MORRISON, AND | : | |
| CHRISTINA GARBER, | : | |
| | : | |
| Defendant | : | Filed Electronically |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on January 10, 2014, he served a copy of the attached

## AMENDED CERTIFICATE OF PARTIAL CONCURRENCE

by the Court's ECF filing system

Addressees:

Don A. Bailey
4311 North Sixth Street
Harrisburg, PA 17110

Attorney for Plaintiff

Thomas B. Schmidt, III
Pepper Hamilton LLP
Suite 200, 100 Market Street
P.O. Box 1181
Harrisburg, PA 17108

Attorneys for Judge Kane

s/Michael J. Butler
Michael J. Butler