IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN G. CONKLIN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 13-2618 |
| | : | |
| YVETTE KANE, et al. | : | |

## **ORDER**

AND NOW, this 14th day of January, 2014, upon consideration of Defendants' Amended Certificate of Partial Concurrence (Document 7), in which Defendants represent that Plaintiff has agreed Christina Garber may be dismissed from this action, it is ORDERED Ms. Garber is DISMISSED as a party to this action.

BY THE COURT:

　/s/ Juan R. Sánchez　
Juan R. Sánchez, J.