IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Stephen G. Conklin | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| | : | No.: 2013-CV-2942-CV |
| v. | : | |
| | : | PRAECIPE FOR |
| Yvette Kane | : | WRIT OF SUMMONS |
| Defendant | : | |
| | : | JURY TRIAL DEMANDED |
| | : | |

RECEIVED OFFICE OF PROTHONOTARY
2013 APR -4 PM 1:57
DAUPHIN COUNTY JENKA

PRAECIPE FOR WRIT OF SUMMONS

TO THE PROTHONTARY:

Kindly issue a Writ of Summons in the above-captioned matter, against the Defendant named therein. Attached hereto, is the individual Writ of Summons, setting forth, the part Defendant.

April 4, 2013

Respectfully Submitted,

By: _____
Stephen G. Conklin
22 Mairdale Ave.,
Pittsburgh, Pa. 15214
(717) 460-5450

Ex A

IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

| | |
|---|---|
| Stephen G. Conklin | CIVIL ACTION – LAW |
| Plaintiff | |
| v. | No.: 2013-CV-2942-CV |
| Yvette Kane | WRIT OF SUMMONS |
| Defendant | |
| | JURY TRIAL DEMANDED |

### WRIT OF SUMMONS

TO: Yvette Kane;

YOU ARE HEREBY NOTIFIED that Stephen G. Conklin, plaintiff, has commenced an action against you.

*Stephen C. Farina*

Stephen E. Farina, Prothonotary

Date: APR 04 2013          BY: _____
                                Deputy Prothonotary

SEAL OF THE COURT

Ex B

APR 04 2013

I hereby certify that the foregoing is a true and correct copy of the original filed.

Stephen A. Hanna
Prothonotary

| | | |
|---|---|---|
| Date: 4/4/2013 | Dauphin County | NO. 0293122 |
| Time: 02:01 PM | Receipt | Page 1 of 1 |

Received of: Conklin, Stephen G (plaintiff)     $ 162.00

One Hundred Sixty-Two and 00/100 Dollars

| Case: 2013-CV-02962-CV | Plaintiff: Stephen G Conklin vs. Yvette Kane | Amount |
|---|---|---|
| Writ of Summons | | 162.00 |
| **Total:** | | **162.00** |

Payment Method: Cash
Amount Tendered: 162.00

Clerk: AZAMBINO

Stephen E Farina, Prothonotary

By: _____
Deputy Clerk

Ex C

IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Stephen G. Conklin | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| | : | No.: 2013-CV-2962 |
| v. | : | |
| | : | |
| Yvette Kane | : | WRIT OF SUMMONS |
| Defendant | : | |
| | : | JURY TRIAL DEMANDED |

REISSUED WRIT OF SUMMONS

TO: Yvette Kane;

YOU ARE HEREBY NOTIFIED that Stephen G. Conklin, plaintiff, has commenced an action against you.

_____
Stephen E. Farina, Prothonotary

Date: _____   BY: _____
                              Deputy Prothontary

SEAL OF THE COURT

Ex D

IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Stephen G. Conklin | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| | : | No.: |
| v. | : | |
| | : | PRAECIPE FOR |
| Yvette Kane | : | REISSUED WRIT OF SUMMONS |
| Defendant | : | |
| | : | JURY TRIAL DEMANDED |

## PRAECIPE FOR REISSUED WRIT OF SUMMONS

TO THE PROTHONTARY:

Kindly re-issue a Writ of Summons in the above-captioned matter, against the Defendant named therein. Attached hereto, is the original Writ of Summons, setting forth, the party Defendant.

May 10, 2013

Respectfully Submitted,

By: _____
Stephen G. Conklin
22 Mairdale Ave.,
Pittsburgh, Pa. 15214
(717) 460-5450

Ex E

**U.S. Department of Justice**

*Peter J. Smith*
*United States Attorney*
*Middle District of Pennsylvania*

Website: www.justice.gov/usao/pam/
Email: usapam.contact@usdoj.gov

---

*William J. Nealon Federal Building*
Suite 311
235 N. Washington Avenue
P.O. Box 309
Scranton, PA 18503-0309
(570) 348-2800
FAX (570) 348-2037/348-2830

*Ronald Reagan Federal Building*
Suite 220
228 Walnut Street
P.O. Box 11754
Harrisburg, PA 17108-1754
(717) 221-4482
FAX (717) 221-4493/221-2246

*Herman T. Schneebeli Federal Building*
Suite 316
240 West Third Street
Williamsport, PA 17701-6465
(570) 326-1935
FAX (570) 326-7916

*Please respond to:* Harrisburg

June 7, 2013

Prothonotary
Dauphin County
Dauphin County Courthouse
Front and Market Streets
Harrisburg, PA 17101

**Re: Stephen G. Conklin v. Yvette Kane**
**No. 2013 CV 2962 CV**

Dear Sir:

Enclosed for filing in the above-referenced matter please find a Praecipe and Notice of Filing of Notice of Removal. Also enclosed is a copy to be date-stamped and returned to our office in the enclosed envelope.

Sincerely yours,

PETER J. SMITH
United States Attorney

*Christina Garber*
CHRISTINA GARBER
Legal Assistant

Enclosures
cc: Steven G. Conklin

*Exhibit*

*F-1*

IN THE COURT OF COMMON PLEAS
FOR DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN G. CONKLIN | : | NO. 2013 CV 2962 CV |
| Plaintiff, | : | |
| v. | : | (          J.) |
| | : | |
| YVETTE KANE | : | CIVIL ACTION - LAW |
| Defendant. | : | |

## PRAECIPE

TO THE PROTHONOTARY:

Please file the attached Notice of Removal. Defendant, **YVETTE KANE** through counsel, the United States Attorney, has removed this matter from the Court of Common Pleas of Dauphin County to the United States District Court, Middle District of Pennsylvania.

Respectfully submitted,

PETER J. SMITH
United States Attorney

*/s/ Mark E. M____*

MARK E. MORRISON
Civil Chief / Assistant U.S. Attorney
Ronald Reagan Federal Building
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754
Phone: (717) 221-4482
Fax: (717) 221-2246

Dated: June 7, 2013

Exhibit F-2

IN THE COURT OF COMMON PLEAS
FOR DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN G. CONKLIN | : | NO. 2013 CV 2962 CV |
| Plaintiff, | : | |
| v. | : | (         J.) |
| | : | |
| YVETTE KANE | : | CIVIL ACTION - LAW |
| Defendant. | : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

TO: THE HONORABLE JUDGES OF THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

COMES NOW, Peter J. Smith, United States Attorney for the Middle District of Pennsylvania, on behalf of Defendant **YVETTE KANE**, and respectfully gives notice that the attached Notice of Removal has been filed with the Clerk of Court of the United States District Court for the Middle District of Pennsylvania.

Respectfully submitted,

PETER J. SMITH
United States Attorney

*[signature]*

MARK E. MORRISON
Civil Chief / Assistant U.S. Attorney
Ronald Reagan Federal Building
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754
Phone: (717) 221-4482
Fax: (717) 221-2246

Dated: June 7, 2013

Exhibit F-3

IN THE COURT OF COMMON PLEAS
FOR DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN G. CONKLIN | : | NO. 2013 CV 2962 CV |
| Plaintiff, | : | |
| v. | : | (         J.) |
| | : | |
| YVETTE KANE | : | CIVIL ACTION - LAW |
| Defendant. | : | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on June 7, 2013, she served a copy of the foregoing

### NOTICE OF FILING OF NOTICE OF REMOVAL

by placing a copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania to:

Stephen G. Conklin
22 Mairdale Avenue
Pittsburgh, PA 15214

*Christina Garber*
CHRISTINA GARBER
Legal Assistant

Exhibit F-4

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN G. CONKLIN | : | CIVIL NO. |
| | : | |
| Plaintiff, | : | (Judge          ) |
| v. | : | |
| | : | (Filed Electronically) |
| YVETTE KANE | : | |
| Defendant. | : | |

## NOTICE OF REMOVAL OF CIVIL ACTION

COMES NOW, Peter J. Smith, United States Attorney for the Middle District of Pennsylvania, by Mark E. Morrison, Assistant United States Attorney, on behalf of Defendant, **UNITED STATES OF AMERICA**, and hereby gives notice of the removal of the above-captioned matter from the Court of Common Pleas of Dauphin County, Pennsylvania, to this Court, under the provisions of Title 28 United Sates Code, Section 1446, and respectfully represents:

1. A civil action was filed against the Defendant in the Court of Common Pleas of Dauphin County, Pennsylvania, on or about April 4, 2013. A copy of the Writ of Summons is attached.

2. Civil actions over which United States District Courts have original jurisdiction may be removed from state court to the district court of the United States for the district embracing the place wherein it is pending. 28 U.S.C. § 1441.

Exhibit F-5

3. To date, Plaintiff has not served a complaint upon Defendant.

4. Defendant, Yvette Kane, is and at all times relevant hereto was, a United States District Court Judge in and for the Middle District of Pennsylvania.

4. Notice of Removal has this day been provided to the Prothonotary of the Court of Common Pleas of Dauphin.

**WHEREFORE**, the United States respectfully gives notice that the above-captioned matter is hereby removed to the United States District Court for the Middle District of Pennsylvania.

Respectfully submitted,

PETER J. SMITH
United States Attorney

/s/Mark E. Morrison
MARK E. MORRISON
Assistant U.S. Attorney
PA 43875
Federal Building
228 Walnut Street, Suite 220
P.O. Box 11754
Harrisburg, PA 17108-1754
(717) 221-4482
(717)221-2246 (Facsimile)
mark.e.morrison@usdoj.gov

Dated: June 7, 2013

Exhibit F-6

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPHEN G. CONKLIN : | CIVIL NO. |
| Plaintiff, : | (Judge          ) |
| v. : | |
| : | (Filed Electronically) |
| YVETTE KANE : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

That on June 7, 2013, she served a copy of the foregoing

## NOTICE OF REMOVAL OF CIVIL ACTION

by electronic means and/or by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania to:

Stephen G. Conklin
22 Mairdale Avenue
Pittsburgh, PA 15214

                                       s/Christina Garber
                                       CHRISTINA GARBER
                                       Legal Assistant

*Exhibit F-7*

IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Stephen G. Conklin | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| | : | No.: 2013·CV·2962·CV |
| v. | : | PRAECIPE FOR |
| Yvette Kane | : | WRIT OF SUMMONS |
| Defendant | : | |
| | : | JURY TRIAL DEMANDED |

PRAECIPE FOR WRIT OF SUMMONS

*RECEIVED OFFICE OF PROTHONOTARY DAUPHIN COUNTY PENNA 2013 APR -4 PM 1:57*

TO THE PROTHONTARY:

Kindly issue a Writ of Summons in the above-captioned matter, against the Defendant named therein. Attached hereto, is the individual Writ of Summons, setting forth, the part Defendant.

April 4, 2013

Respectfully Submitted,

By: _____
Stephen G. Conklin
22 Mairdale Ave.,
Pittsburgh, Pa. 15214
(717) 460-5450

Exhibit F-8

IN THE COURT OF COMMON PLEAS OF DAUPHIN COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Stephen G. Conklin | : | CIVIL ACTION – LAW |
| Plaintiff | : | |
| | : | No.: 2013-CV-2902-CV |
| v. | : | |
| Yvette Kane | : | WRIT OF SUMMONS |
| Defendant | : | JURY TRIAL DEMANDED |

### WRIT OF SUMMONS

TO: Yvette Kane;

YOU ARE HEREBY NOTIFIED that Stephen G. Conklin, plaintiff, has commenced an action against you.

*Stephen E. Farina*

Stephen E. Farina, Prothonotary

Date: APR 04 2013        BY _____
                              Deputy Prothonotary

SEAL OF THE COURT

Exhibit F-9

Case 1:13-cv-02618-JRS Document 10 Filed 01/14/14 Page 16 of 19
Case 1:13-cv-01531-TJS Document 2 Filed 06/14/13 Page 16 of 19
Case 3:02-at-06000 Document 662-1 Filed 06/07/13 Page 1 of 2

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
STEPHEN G. CONKLIN

(b) County of Residence of First Listed Plaintiff: **Dauphin**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Stephen G. Conklin
22 Mairdale Avenue
Pittsburgh, PA 15214

### DEFENDANTS
YVETTE KANE

County of Residence of First Listed Defendant: _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*
Mark E. Morrison, Civil Chief (AUSA)
U.S. Attorney's Office (MDPA)
228 Walnut Street, Harrisburg, PA 17101

### II. BASIS OF JURISDICTION
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

**PERSONAL INJURY**
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

**Other:**
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

### V. ORIGIN *(Place an "X" in One Box Only)*
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
**28 U.S.C. § 1441**
Brief description of cause:

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions)*
JUDGE: Dauphin County Court of Common Plea
DOCKET NUMBER: 2013 CV 2962 CV

DATE _____
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



Ex G
pg 1

JS 44 Reverse (Rev. 12/12)    Case 3:02-at-06000 Document 662-1 Filed 06/07/13 Page 2 of 2

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; NOTE: federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerk(s) in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the six boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. Do not cite jurisdictional statutes unless diversity. Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

Ex G
pg 2

From: Mike Conklin <conklinmike20@gmail.com>
Subject: **KANE**
Date: June 19, 2013 3:25:39 PM EDT
To: stephen <satorifarm@satorifarm.org>

Hi Steve,

Recieved today dated June 14, 2013 DESIGNATION OF DISTRICT JUDGE FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT. Judge Timothy J. Savage of the Eastern District is assigned the case. the document is signed by Theordore A. Mckee Chief Judge United States Court of Appeals for the 3rd circuit. The authority cited is 28 USC 292(b) which states:

**(b)** The chief judge of a circuit may, in the public interest, designate and assign temporarily any district judge of the circuit to hold a district court in any district within the circuit.

~~Also recieved today form the Office of Attorney General (Nation Mortgage Settlement Administration) a check to you for $742.10.~~

Ex H

Case 1:13-cv-02618-JRS   Document 10   Filed 01/14/14   Page 19 of 19